## 28254. CONNER v. STYNCHCOMBE et al.

UNDERCOFLER, Justice. William Ronald Conner, Sr., a/k/a William (Bill) Conners, appeals to this court from the judgment of the habeas corpus court remanding him to the custody of the respondent. Since the judgment was entered the appellant has voluntarily waived extradition and has been released to law enforcement officials of the State of Kentucky. The questions raised by this appeal are therefore moot.

*Appeal dismissed. All the Justices concur.*

SUBMITTED SEPTEMBER 10, 1973 — DECIDED OCTOBER 4, 1973.

William Ronald Conner, Sr., *pro se.*

*Lewis R. Slaton,* District Attorney, *Joseph J. Drolet, Morris H. Rosenberg,* for appellees.